# Third District Court of Appeal
## State of Florida

Opinion filed September 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0523
Lower Tribunal Nos. 2001419029, 13240016098FC & 25-000432CS
_____


**Roylan Camejo Naranjo,**
Appellant,

vs.

**State of Florida Department of Revenue, et al.,**
Appellees.


An Appeal from State of Florida, Division of Administrative Hearings.

Roylan Camejo Naranjo, in proper person.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General (Fort Lauderdale), for Florida Department of Revenue.


Before SCALES, C.J., and FERNANDEZ and LOGUE, JJ.

PER CURIAM.

Roylan Camejo Naranjo appeals a Final Administrative Support Order

rendered by the State of Florida Department of Revenue on February 27,

2025, following a hearing before the Division of Administrative Hearings. He did not, however, take the steps necessary to provide this Court with a transcript of the hearing. In the absence of such a record, we are constrained to affirm unless the order under review reflects reversible error on its face, which it does not. See, e.g., Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) (noting that the burden is on the appellant to demonstrate error and, without a transcript, the appellate court cannot conclude whether the trial court's judgment is not supported by the evidence or alternative theory); Loundin v. Bayview Loan Servicing, LLC, 208 So. 3d 789, 790 (Fla. 3d DCA 2016) (same). Therefore, we affirm the order under review.

Affirmed.